UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------- X
    UNITED STATES OF AMERICA,

                   -v-

    ROY WILLIAMS,

                           Defendant.
-------------------------------------------------------------- X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/4/2023

1:17-cr-159-GHW-1

ORDER

GREGORY H. WOODS, United States District Judge:

    The C.J.A. attorney assigned to receive cases on April 21, 2023, LOUIS M. FREEMAN is hereby ordered to assume representation of the defendant in the above captioned matter.

    SO ORDERED.

Dated: April 4, 2023
       New York, New York

                                                    GREGORY H. WOODS
                                             United States District Judge