

U.S. Department of Justice

*United States Attorney*
*Southern District of New York*

The Silvio J. Mollo Building
One Saint Andrew's Plaza
New York, New York 10007

**MEMORANDUM ENDORSED**

July 6, 2023

**BY ECF**
Honorable Gregory H. Woods
United States District Judge
Southern District of New York
500 Pearl Street
New York, New York 10007

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/6/2023

Re: *United States v. Roy Williams*, 17 Cr. 159 (GHW)

Dear Judge Woods:

The Government submits this letter, with the consent of the defendant and the United States Probation Office ("Probation"), to respectfully request a 30-day adjournment of the upcoming status conference in the pending violation of supervised release ("VOSR"), currently scheduled for July 10, 2023. The parties last appeared before the Court on April 27, 2023. Since then, the Government has learned that the state charges related to Specifications One through Five have been dismissed. The Government, however, is continuing to gather potential evidence related to the underlying assault that gave rise to those Specifications. For this reason, the Government respectfully requests an additional 30 days before next appearing before the Court.

Respectfully submitted,

DAMIAN WILLIAMS
United States Attorney

By: _____
Alexandra N. Rothman
Assistant United States Attorney
(212) 637-2580

cc: Louis Freeman, Counsel to the Defendant (by ECF)

Application granted. The violation of supervised release status conference scheduled in this matter for July 10, 2023 is adjourned to August 22, 2023 at 11:00 a.m. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 156.

SO ORDERED.

Dated: July 6, 2023
New York, New York

_____
GREGORY H. WOODS
United States District Judge