USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/13/2023

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------- X
:
UNITED STATES OF AMERICA, :
:
:
:
-v- :    1:17-cr-159-GHW-1
:
:
ROY WILLIAMS, :    ORDER
:
Defendant. :
----------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

The evidentiary hearing scheduled in this matter with respect to defendant Roy Williams for December 1, 2023, is adjourned *sine die*.

SO ORDERED.

Dated: November 9, 2023

_____
GREGORY H. WOODS
United States District Judge