```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
    UNITED STATES OF AMERICA,                :
                                             :
                    -against-                :
                                             :
    ROY WILLIAMS,                            :       1:17-cr-159-GHW
                                             :
                        Defendant.           :       ORDER
-------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/22/2024

GREGORY H. WOODS, United States District Judge:

The hearing currently scheduled for May 23, 2024 at 10:00 a.m. is rescheduled. The hearing will take place on June 20, 2024 at 10 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the proceeding as scheduled unless otherwise ordered by the Court.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 170.

SO ORDERED.

Dated: May 22, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge