# FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

LOUIS M. FREEMAN
THOMAS H. NOOTER
LEE A. GINSBERG
_____

NADJIA LIMANI
OF COUNSEL
_____
CHARLENE RAMOS
OFFICE MANAGER

75 MAIDEN LANE
SUITE 907
NEW YORK, N.Y. 10038
_____

___
(212) 608-0808
TELECOPIER (212) 962-9696
E-MAIL: FNGLAW@AOL.COM
WWW.FNGLAW.COM

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:  8/4/2024

August 2, 2024

BY ECF
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Roy A. Williams
17 CR 159 (GHW)

Dear Judge Woods:

    We write to submit the attached proposed order for your signature.

Application denied without prejudice. Counsel has requested that the Court enter an order containing several statements of fact that are not known to the Court. The Court will not sign an order containing assertions of fact that are not supported by a factual record. Any renewed submission should be supported by one or more affidavits containing all of the relevant facts.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 177.

Respectfully Submitted,

/s/
_____
Louis M. Freeman

SO ORDERED.
Dated:  August 4, 2024

_____
GREGORY H. WOODS
United States District Judge

Atts.