## FREEMAN, NOOTER & GINSBERG
**ATTORNEYS AT LAW**

| | |
|---|---|
| LOUIS M. FREEMAN<br>THOMAS H. NOOTER<br>LEE A. GINSBERG<br>_____<br><br>NADJIA LIMANI<br>OF COUNSEL<br>_____<br>CHARLENE RAMOS<br>OFFICE MANAGER | 75 MAIDEN LANE<br>SUITE 907<br>NEW YORK, N.Y. 10038<br>_____<br><br>(212) 608-0808<br>TELECOPIER (212) 962-9696<br>E-MAIL: FNGLAW@AOL.COM<br>WWW.FNGLAW.COM |

# MEMORANDUM ENDORSED

August 5, 2024

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8/5/2024
```

BY ECF
Honorable Gregory H. Woods
United States District Judge
United States Courthouse
500 Pearl St.
New York, NY 10007-1312

Re: United States v. Roy A. Williams
17 CR 159 (GHW)

Dear Judge Woods:

    We write to request that the date by which Mr. Williams must serve one day of incarceration be adjourned by approximately three weeks until August 29, 2024. The primary reason for this request is that undersigned counsel has COVID and is not sure when he will return to his office. In addition, we are trying to coordinate the surrender date with a day off from Mr. Williams' work schedule.

    We understand the Court's concern regarding the lack of factual support for statements made in the proposed order submitted on August 2, 2024. Counsel plans to contact AUSA Alexandra Rothman and U.S.P.O. Michael Imrec to have them sign declarations, however counsel is unaware of their schedules. In fact, at 3:00PM today, counsel tried to reach AUSA Rothman and there was an out-of-office response from her e-mail address. Finally, counsel plans to be out of the office from August 14th to August 28, 2024.

    Accordingly, we request that date by which Mr. Williams must serve his sentence of one day incarceration be adjourned until August 29, 2024. Thank you.

Application granted. The date by which Mr. Williams must surrender to the BOP to serve his sentence is extended to August 29, 2024.

The Clerk of Court is directed to terminate the motion pending at Dkt. No. 179.

SO ORDERED.
Dated: August 5, 2024
New York, New York

_____
GREGORY H. WOODS
United States District Judge

Respectfully Submitted,

/s
_____
Louis M. Freeman