| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------------------------------X<br>UNITED STATES OF AMERICA,<br><br>               -against-<br><br>ROY WILLIAMS,<br><br>               Defendant.<br>------------------------------------------------------------X | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC #: _____<br>DATE FILED: 6/27/2025<br><br><br>1:17-cr-159-GHW-1<br><br><br>ORDER |

GREGORY H. WOODS, United States District Judge:

    The conference currently scheduled for July 7, 2025 at 12:00 p.m. is rescheduled. The conference will take place on July 7, 2025 at 11:00 a.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

    SO ORDERED.

Dated: June 27, 2025
New York, New York

                                                                          GREGORY H. WOODS
                                                                  United States District Judge