UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------X

UNITED STATES OF AMERICA,      :

                          :

          -against-          :

                          :

ROY WILLIAMS,             :          1:17-cr-159-GHW-1

                          :

              Defendant.    :          <u>ORDER</u>

-------------------------------------------------------------X

GREGORY H. WOODS, United States District Judge:

      The C.J.A. attorney assigned to receive cases on July 7, 2025, Aaron Mysliwiec, Esq. is

hereby ordered to assume representation of the defendant in the above captioned matter.

      SO ORDERED.

Dated:  June 27, 2025
New York, New York

                                  _____
                                  GREGORY H. WOODS
                              United States District Judge

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/27/2025