```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,               :
                                            :
                -against-                   :
                                            :
    ROY WILLIAMS,                           :            1:17-cr-159-GHW-1
                                            :
                        Defendant.          :            ORDER
-----------------------------------------------------------X
```

<div style="float:right">
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 7/7/2025
</div>

GREGORY H. WOODS, United States District Judge:

On July 7, 2025, the Court held a hearing regarding several alleged violations of supervised release by Roy Williams. The Court scheduled an evidentiary hearing with respect to those alleged violations to take place on July 25, 2025 at 9:30 a.m. (the "Hearing Date") in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York. The parties are ordered to appear at that hearing as scheduled.

For the reasons stated on the record during the hearing, the defendant's conditions of supervised release are modified to add the following requirements:

The defendant shall be monitored by a location monitoring technology to be determined at the discretion of the probation officer through the Hearing Date and shall abide by all technology requirements. The location monitoring technology deployed will include the use of GPS location monitoring. The defendant shall pay all or part of the costs of participation in the location monitoring program as directed by the Court and the probation officer.

The form of location monitoring required pursuant to the foregoing condition shall be utilized to monitor the following restriction on the defendant's movements in the community as well as other court-imposed conditions of release. Through the Hearing Date, the defendant is restricted to his residence every day at all times except for employment; education; religious services; medical,

substance use disorder, or mental health treatment; attorney visits; Court appearances; Court-ordered obligations; or other activities as preapproved by the officer.

The defendant shall not contact by any means the alleged victim of the conduct charged in Specifications 1 through 3.

The defendant shall participate in a cognitive behavioral treatment (including anger management) program under the guidance and supervision of the probation officer.

In addition, the Court requests that the Probation Department work to provide the defendant with enhanced alcohol abuse treatment as part of the existing condition of supervised release requiring drug and alcohol treatment and counseling.

SO ORDERED.

Dated: July 7, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge