```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,              :
                                           :
              -against-                    :
                                           :
    ROY WILLIAMS,                          :
                                           :
                          Defendant.       :
-----------------------------------------------------------X
```

| USDC SDNY |
| --- |
| DOCUMENT |
| ELECTRONICALLY FILED |
| DOC #: _____ |
| DATE FILED: 7/24/2025 |

1:17-cr-159-GHW

ORDER

GREGORY H. WOODS, United States District Judge:

The conference currently scheduled for September 8, 2025 at 9:30 a.m. is rescheduled. The conference will take place on September 8, 2025 at 1:00 p.m. in Courtroom 12C, Daniel Patrick Moynihan United States Courthouse, New York, New York 10007. The parties are directed to appear for the conference as scheduled unless otherwise ordered by the Court.

SO ORDERED.

Dated: July 24, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge