```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
    UNITED STATES OF AMERICA,               :
                                            :
                -against-                   :
                                            :
    ROY WILLIAMS,                           :          1:17-cr-159-GHW-1
                                            :
                            Defendant.      :          ORDER
-----------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/21/2025

GREGORY H. WOODS, United States District Judge:

On October 20, 2025, the Court held a sentencing hearing as a result of two violations of supervised release by Roy Williams. During sentencing, the Court revoked the defendant's term of supervised release and imposed a term of imprisonment of five months. The defendant requested that he be permitted to self-surrender. As a result, the Court ordered that the defendant's supervised release continue through the date designated for his self-surrender. As the Court described on the record, the standard, mandatory, and special conditions set forth in the July 25, 2024 judgment issued by the Court apply during that period. Dkt. No. 176. The special conditions imposed by the Court's July 7, 2025 order also apply during that period. Dkt. No. 193 (the "July Order"). The provision of the July Order requiring that the defendant not contact the alleged victim by any means is modified to permit the defendant to contact the victim by electronic means.

SO ORDERED.

Dated: October 21, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge