

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 11/15/2025

# MEMORANDUM ENDORSED

November 13, 2025

**VIA ECF**
The Honorable Gregory H. Woods
United States District Judge
United States District Court
Southern District of New York
500 Pearl Street
New York, New York 10007

   Re: *United States v. Roy Williams,* **17-CR-159 (GHW)**

Dear Judge Woods:

  Mr. Williams was sentenced to 5 months of imprisonment before this Court at the VOSR sentencing. He was ordered to surrender to BOP custody tomorrow at noon on November 14, 2025 in order to serve the sentence. Mr. Williams had been experiencing serious health issues, including pain, from a car accident and at his sentencing the Court granted permission for him to have his monitoring bracelet removed for a short period so that he could have an MRI. He had the MRI on November 5, 2025 and the doctor recommended follow up medical procedures and a period of rehabilitation, as I will describe in more detail in this letter. Therefore, I am respectfully requesting a one-month adjournment of Mr. Williams surrender date for him to complete his medical treatment before he surrenders to BOP custody.

  Several of Mr. Williams health records are attached as redacted Exhibit A, which includes:

- A November 13, 2025 report regarding Mr. Williams' cervical interlaminar epidural steroid injection for neck pain that he received earlier today (Ex. A-1);
- A November 11, 2025 report regarding Mr. Williams' health issues (Ex. A-2); and
- A-3 to A-5, MRI reports from MRI's conducted on November 5, 2025.

As the reports describe, Mr. Williams has been experiencing a "10/10" for pain in his neck, among other significant issues. His doctor scheduled him for an epidural steroid injection that occurred this morning. It was a medically necessary procedure to help mitigate the pain. His doctor also recommends rehabilitation and wearing a "LSO back support and Cervical traction support to help reduce pain and increase function." Ex. A-2 at 3.

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com

Page **2** of **2**

      Mr. Williams alerted me to these issues yesterday and the doctor's office provided me the attached documents late yesterday and earlier today. Mr. Williams was only informed yesterday about the scope of follow up treatment hid doctor recommended and about the medical procedure. Mr. Williams also told me today that he is scheduled for another procedure on December 5, 2025 to have fluid drained from his back. Based on these ongoing medical issues, I respectfully request that the Court adjourn Mr. Williams' surrender date for approximately one month and Order that the defense provide an update about Mr. Williams' health by November 26, 2025.

      I have conferenced with AUSA Alexandra Rothman and she informed me that the Government opposes this motion.

      Thank you for the Court's consideration of this request.

Application granted. Mr. Williams' surrender date is extended to December 8, 2025. Mr. Williams' term of supervised release and all associated conditions remain in effect through his extended surrender date. See Dkt. No. 209. Mr. Williams should not expect that any further extensions of his surrender date will be granted.

The Clerk of Court is directed to terminate the motions pending at Dkt. Nos. 212, 213.

SO ORDERED.
Dated: November 13, 2025
New York, New York

GREGORY H. WOODS
United States District Judge

Respectfully,

/s/

Aaron Mysliwiec, Esq.
*Attorney for Roy Williams*

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor
New York, NY 10007
(T) 212-616-3042
am@fmamlaw.com

CC:   AUSA Alexandra Rothman (*via email and ECF*)

Miedel & Mysliwiec LLP
52 Duane Street, 7th Floor • New York, New York 10007 • (T) 212-616-3042 • (F) 800-507-8507 • www.fmamlaw.com